## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 25-MJ-6652-JMS

**UNITED STATES OF AMERICA**

**v.**

**CARLOS VILLANUEVA,**

    **Defendant.**

_____/

**FILED BY_____AT_____D.C.**

**Nov 14, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

### JOINT STIPULATION SATISFYING NEBBIA REQUIRMENTS OF BOND

COMES NOW, the parties, by and through undersigned counsel, submit this filing and hereby stipulate that the defendant has satisfied the *Nebbia* requirement for the $50,000 10% bond by providing documentation to the Government, including tax returns and bank accounts statements for HERNAN D  ALMEIDA.  The defendant shall be released once the 10% bond is deposited with the Clerk of the Court and shall have until close of the next business day after his release to sign the bond paperwork and file it with the Clerk of the Court.

I HEREBY CERTIFY the foregoing was filed using the CM/ECF system on this 16th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| | JASON A. REDING QUIÑONES |
| | UNITED STATES ATTORNEY |
| s/ Gennaro Cariglio Jr. | s/ Kseniya Smychkouskaya |
| Gennaro Cariglio Jr. | Assistant United States Attorney |
| 8101 Biscayne Blvd.  Penthouse 701 | Florida Bar No. 0112744 |
| Miami, FL 33138 | 99 N.E. 4th Street |
| (305) 899-0438 | Miami, FL 33132 |
| Florida Bar No.:51985 | (305) 961-9080 |
| Sobeachlaw@aol.com | Kseniya.Smychkouskaya@usdoj.gov |

Approved:

Honorable Jared M. Strauss
United States Magistrate Judge